JUDGE _____ DAVID HITTNER _____

CASE MANAGER __ELLEN ALEXANDER__   RPTR/TAPE _J. Sanchez_

INTERPRETER _N/A_

TIME _____|_____ A.M.   1:50 | 2:05 P.M.   DATE _6/27/17_
     begin   end         begin   end

CR. NO. __4:16-311__   DEFT. NO. __1__

UNITED STATES OF AMERICA           §         _Sherri Zack_ _____ AUSA
vs.                                §
                                   §
_Jake Nicholas Luera_ _____     §         _Thomas Dupont_ (R) ☐ CJA

## ARRAIGNMENT / REARRAIGNMENT

☑ karr./krearr.   ☐ Arraignment  ☑ Rearraignment   held on cts _1 and 2_.

☑ kpl.            Deft enters a plea of ☑ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).

☐ kwvindi.        Indictment waived.

☐ kplag.          PLEA AGREEMENT: _N/A_

☑ ...             Order for PSI setting Disclosure and Sentencing dates signed.

☐ kwvpsi.         PSI waived.

☑ ksen.           Sentencing set _September 20, 2017_ at _2:00 p.m._

☐ kjytrl.         Jury trial set _____ at _____.

☐ ko.(bnd.)       Deft bond ☐ set  ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ...             Deft failed to appear, bench warrant to issue.

☐ ...             Deft bond ☐ continued ☐ forfeited.

☑ ...             Deft remanded to custody.

☑ ...             Terminate other settings for this deft.   ☑ Terminate motions for this deft.

                  OTHER PROCEEDINGS: _____

Copy to:    USPO